DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERALD URBANEK,**
Appellant,

v.

**ADSMP HOLDINGS, LLC,** as Assignee of Atkinson, Diner, Stone,
Mankuta & Ploucha, P.A. and Fowler, White Boggs, P.A., a Florida
limited liability company, **KATHLEEN A. RAGLAND** and **JESSE H.
DINER,**
Appellees.

No. 4D17-3869

[January 31, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Michael L. Gates, Judge; L.T. Case No. CACE 16-007905
(12).

Alan B. Rose, Gregory S. Weiss and Erica Lester Sadowski of Mrachek,
Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A., West Palm Beach, for
appellant.

Raymond L. Robin and Kerry Valdez of Keller Landsberg, PA, Fort
Lauderdale, for Appellee Jesse H. Diner.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***